UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YURI FRAYMAN,

Plaintiff,

-against-

DANNY LEDVEN and MILENA LEDVEN,

Defendants.

Case No. 07/363

**STIPULATION OF SETTLEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, as follows:

1. This action is settled as follows. Simultaneously with the execution hereof, the parties shall execute (1) a stipulation of discontinuance of this action with prejudice, and (2) mutual general releases. This stipulation shall not be effective unless simultaneously with the entering of this stipulation, the matter entitled Semanetics USA, Inc. v. Ledstar Holdings, Inc. and Daniel Ledven (Kings County Supreme Court index No. 8550/07) is also settled and discontinued with prejudice.

2. Daniel Ledven hereby surrenders, transfers, and assigns all his right, title, and interest in any stock of Semanetics USA, Inc. to Yuri Frayman. This is in consideration for the plaintiff's settlement of this action and release of defendants for the monetary damages claimed against them in this action.

3. Facsimile signatures may be submitted as originals.

DATED: November 4, 2008

HAGAN, COURY & ASSOCIATES
By: William J. Coury, Esq.(WJC5653)
Attorneys for Defendants
908 Fourth Avenue
Brooklyn, NY 11232
(718) 788-5052 (fax 788-2877)

Bukh & Associates
Attorneys for Plaintiff
1123 Avenue Z
Brooklyn, NY 11235

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

SEMANETICS USA, INC.,

Plaintiff,

-against-

LEDSTAR HOLDINGS, INC., DANIEL LEDVEN,

Defendants.

---

Index No. 8550/07

**STIPULATION OF SETTLEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, as follows:

1. This action is settled as follows. Simultaneously with the execution hereof, the parties shall execute (1) a stipulation of discontinuance of this action with prejudice, and (2) mutual general releases. This stipulation shall not be effective unless simultaneously with the entering of this stipulation, the matter Yuri Frayman v Ledven and Ledven, 07/363, Eastern District Federal Court is also settled and discontinued with prejudice.

2. Daniel Ledven hereby surrenders, transfers, and assigns all his right, title, and interest in any stock of Semanetics USA, Inc. to Yuri Frayman. Ledstar hereby surrenders, transfers and assigns all its right, title, and interest in any stock of Semanetics USA, Inc. to Semanetics USA, Inc. This is in consideration for the plaintiff's settlement of this action and release of Mr. Ledven for the monetary damages claimed against him in this action.

3. Facsimile signatures may be submitted as originals.

DATED: November 4, 2008

HAGAN, COURY & ASSOCIATES
By: William J. Coury, Esq.
Attorneys for Defendants
908 Fourth Avenue
Brooklyn, NY 11232
(718) 788-5052 (fax 718/788-2877)

Bukh & Associates
Attorneys for Plaintiff
1123 Avenue Z
Brooklyn, NY 11235



Nov 04 2008 2:59PM LAW OFFICES ARTHUR ASSOC 13472402879 p.1