B 493 — Stipulation discontinuing action, blank court. 12-66 ©2004 BlumbergExcelsior, Inc., Publisher, NYC 10013 www.blumberg.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*Index No.* 363/2007

YURI FRAYMAN

*Plaintiff(s)*

*against*

DANNY LEDVEN and MILENA LEDVEN

*Defendant(s)*

*Calendar No.*

*STIPULATION DISCONTINUING ACTION*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court. Facsimile signatures may be used as originals.

*Dated:* November 17, 2008

The name signed must be printed beneath
William J. Coury

*Attorney(s) for Defendant(s)*
Hagan, Coury & Associates
908 Fourth Avenue
Brooklyn, NY 11232
phone: (718) 788-5052
fax: (718) 788-2877

The name signed must be printed beneath
KENT D. ARTHUR, ESQ.

*Attorney(s) for Plaintiff(s)*
Bukh & Associates
1123 Avenue Z
Brooklyn, NY 11235

Danny Ledven and Milena Ledven
Defendant
Address

Yuri Frayman
Plaintiff
Address